# UNITED STATES DISTRICT COURT
for the
District of Connecticut

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
May 2, 2022

By _____
Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ALEXANDER DILELLA | ) | Case No. 3:22MJ 466 (SDV) |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **October 23, 2020 to May 24, 2021** in the county of **Fairfield** in the _____ District of **Connecticut**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Enticement of a Minor to Engage in Illegal Sexual Activity (and attempt) |
| 18 U.S.C. § 2252A(a)(2), (b) | Receipt of Child Pornography (and attempt) |
| 18 U.S.C. § 2252A(a)(5), (b) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit of HSI Special Agent Molly Cozzens

☑ Continued on the attached sheet.

MOLLYRAE COZZENS
*Digitally signed by MOLLYRAE COZZENS*
*Date: 2022.05.02 08:52:16 -07'00'*

*Complainant's signature*

Molly Cozzens, HSI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 05/02/2022

S. Dave Vatti
*Digitally signed by S. Dave Vatti*
*Date: 2022.05.02 12:15:20 -04'00'*

*Judge's signature*

City and state: Bridgeport, Connecticut

Honorable S. Dave Vatti
*Printed name and title*